UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  0:25-cv-60124-RS

**SHANTERRYA STYLES,**

      Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, AND TRANS UNION LLC**

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES LLC

Plaintiff Shanterrya Styles and Defendant Equifax Information Services LLC submit this Joint Notice of Settlement and states that Plaintiff and Equifax Information Services LLC have reached a settlement with regard to claims against Equifax Information Services LLC and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: May 6, 2025

 /s/ Thomas J. Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail: tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
110 SE 6th Street Suite 1732
Fort Lauderdale, Florida 33301
Phone: 561-542-8550

COUNSEL FOR PLAINTIFF

 /s/ Ritika Singh
**RITIKA SINGH, ESQ.**
Florida Bar No. 1016708
E-mail: risingh@seyfarth.com
Seyfarth Shaw LLP
2323 Ross Ave., Suite 1660
Dallas, Texas 75201
Phone: 1-469-608-6763

COUNSEL FOR DEFENDANT